UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:23-cv-02332-MEMF-PD                              Date: July 10, 2026

Title      *Beau Richard Glave v. Jacob Skelton, et al.*

Present:  The Honorable:   Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):   Order to Show Cause Re Defendants Failure to Respond to Plaintiff's Discovery Requests Dkt. No. 67**

On June 22, 2026, Plaintiff Beau Richard Glave ("Plaintiff") filed a motion to compel production of documents, interrogatories and sanctions, along with his affidavit in support.  Dkt. No. 67.  Plaintiff alleges that Defendants failed to comply with the Court's May 18, 2026 Order requiring Defendants to produce documents by June 8, 2026.  *See* Dkt. No. 64.  Plaintiff alleges that Defendants have willfully and intentionally failed to respond to his discovery requests, and he seeks sanctions in the amount of $2,000.

## I.    The Prior Discovery Requests

Plaintiff previously served Defendants with a Request for Production of Documents, and Defendants filed a motion for stay of discovery pending the Court's ruling on Defendants' motion for summary judgment / motion to dismiss.  Dkt. Nos. 30, 38, 40.

On December 10, 2024, the Court granted Defendants' request and stayed discovery.  Dkt. No. 41.  Defendants were ordered to preserve all materials in their possession, custody or control that are responsive to Plaintiff's Request for Production of Documents. *Id.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:23-cv-02332-MEMF-PD                          Date: July 10, 2026

Title      *Beau Richard Glave v. Jacob Skelton, et al.*

On March 30, 2026, the Court issued an Order Accepting Report in Part and Adopting in Part Findings, Conclusions, and Recommendations of United States Magistrate Judge.  Dkt. No. 60.

On May 18, 2026, the Court issued an Order lifting the Stay and ordered Defendants to respond to Plaintiff's Request for Production of Documents and produce documents by no later than June 8, 2026.

It appears that Defendants failed to comply with the Court's May 18, 2026 Order.  Consequently, Defendants are **Ordered to Show Cause by July 24, 2026,** why the Court should not impose sanctions against Defendants for their failure to follow the Court's Order and comply with their discovery obligations.

Defendants may satisfy the OSC by responding to Plaintiff's discovery requests and producing responsive documents by **July 24, 2026**, and by filing a declaration with the Court explaining why they failed to comply with the Court's May 18, 2026 Order and why sanctions should not be imposed.

IT IS SO ORDERED.